IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.                                                        CRIMINAL NO. 3:04cr184BSu-001

SHAUN MITCHELL

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against **SHAUN MITCHELL** without prejudice.

                                                DUNN LAMPTON
                                                United States Attorney

By: _____

                                                GREGORY L. KENNEDY
                                                Assistant U.S. Attorney
                                                MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 28th day of April, 2006.

                                                _____
                                                UNITED STATES DISTRICT JUDGE